IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Chastin J. Thombs,                          :

                 Petitioner               :         Civil Action 2:08-cv-00728

  v.                                        :         Judge Graham

Ed Voorhies, Warden, Noble                  :         Magistrate Judge Abel
Correctional Institution,
                                            :

                Respondent

                                            :

**ORDER**

Petitioner  Thombs brings this action under 28 U.S.C. §2255 challenging his sentence

for four counts of robbery, with firearm specifications.  This matter is before the Court on

Magistrate Judge Abel's April 27, 2010 Report and Recommendation that the petition for

writ of habeas corpus under 28 U.S.C. §2255 be dismissed as barred by the one year statute

of limitations under 28 U.S.C. § 2254(d)(1)(A).

No objections to the Report and Recommendation have been filed.  Upon *de novo*

review as required by 28 U.S.C. §636(b)(1)(B), the Court ADOPTS the Report and

Recommendation.

The petition for writ of habeas corpus is DISMISSED as barred by the statute of

limitations.  This action is hereby DISMISSED.  The Clerk of Court is DIRECTED to enter

JUDGMENT for respondent.

                                       S/ James L. Graham
                                       James L. Graham
Date: May 24, 2010                          United States District Judge